UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Gary Smith, #25022096<br>　　　Petitioner,<br><br>v.<br><br>Sheriff, Dallas County,<br>　　　Respondent. | §<br>§<br>§<br>§　　CIVIL NO. 3:25-CV-2473-B-BK<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 30th day of October 2025.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE